The motion was made upon the ground that permission to appeal had not been obtained.

*Avery S. Wright* for motion.

*Patrick W. Cullinan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Application of LOEW'S BUFFALO THEATRES, INC., Respondent, for the Removal of GOLDE CLOTHES SHOP, INC., Appellant, from Certain Premises.

(Submitted November 20, 1922; decided November 28, 1922.)

Motion to amend remittitur denied, without costs. (See 233 N. Y. 495; 234 N. Y. 533.)

---

In the Matter of the Application of MOSES CHERRY, Appellant, for a Peremptory Writ of Mandamus against JOHN ISBISTER, as Building Inspector of the Village of Larchmont, Respondent.

*Municipal corporations — villages — when zoning ordinance passed after the filing of application for permit to build and after commencement of proceeding to compel issuance of permit effectual to prevent issuance of such permit.*

*Matter of Cherry* v. *Isbister*, 201 App. Div. 856, affirmed.

(Argued November 20, 1922; decided December 5, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 3, 1922, which reversed an order of Special Term granting a motion for a peremptory order of mandamus and denied said motion. The order of Special Term directed defendant to issue a permit for the erection of a building on described premises in the village of Larchmont. The Appellate Division held that a zoning ordinance passed after petitioner had filed his application to build and after he had commenced this proceeding to compel the issuance of a permit, which prohibited the erection of a building of the kind specified on the plot

in question, was valid and effectual to bar the issuance of the permit in question.

*Arthur I. Strang* for appellant.

*Clarence De Witt Rogers* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

The Fitzgerald Manufacturing Company, Respondent, *v.* Mollie K. Alexander, Appellant.

*Appeal — order unanimously reversing order granting motion to vacate and set aside judgment and denying said motion not appealable as of right to Court of Appeals.*

*Fitzgerald Manfg. Co.* v. *Alexander,* 200 App. Div. 164, appeal dismissed.

(Argued November 20, 1922; decided December 5, 1922.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1922, which reversed an order of Special Term granting a motion to vacate and set aside a judgment entered by default in plaintiff's favor and denied said motion.

*Tobias A. Keppler, I. Maurice Wormser* and *John E. Leddy* for appellant.

*James N. MacLean* and *Chester T. Krouse* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

Nicholas J. Eschenbrenner, Respondent, *v.* Gude Bros. Kieffer Company, Appellant.

*Appeal — failure of Appellate Division to specify grounds of reversal — case remitted to Appellate Division for amendment of order.*

Reported below, 202 App. Div. 752.

(Submitted November 20, 1922; decided December 5, 1922.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial